# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IDMACH J. ROSARIO,<br>Defendant. | INDICTMENT<br><br>CRIMINAL NO. 25-264 (GMM)<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(o)<br><br>FORFEITURE<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c)<br><br>TWO COUNTS |

THE GRAND JURY CHARGES:

## COUNT ONE
Prohibited Person in Possession of Firearm and Ammunition: Felon
(18 U.S.C. § 922(g)(1))

On or about May 20, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

IDMACH J. ROSARIO,

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition – that is, one (1) Glock pistol, Model 23, .40 S&W caliber, Serial Number XZM606; and 49 rounds of .40 caliber ammunition – said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT TWO
Possession of a machinegun
(18 U.S.C. § 922(o))

On or about May 20, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

IDMACH J. ROSARIO,

did knowingly possess a machinegun, that is, one (1) Glock pistol, Model 23, .40 S&W caliber, Serial Number XZM606, that had been modified so that it was capable of firing more than one shot, without manual reloading, by a single function of the trigger. All in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

FIREARMS AND AMMUNITION FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The allegations contained in Count One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in Count One and Two of this Indictment, Defendant IDMACH J. ROSARIO shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in the commission of those offenses, including but not limited to one (1) Glock pistol, Model 23, .40 S&W caliber, Serial Number XZM606; and 49 rounds of .40 caliber ammunition.

*United States v. Idmach J. Rosario*
*Indictment*

All pursuant to Title 18 United States Code, Section 924(d)(l) and Title 28, United States Code, Section 2461(c).

TRUE BILL

FOREPERSON

Date: June 04, 25

W. STEPHEN MULDROW
United States Attorney

Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Deputy Chief, Violent Crimes and
National Security Division

Luis Rivera-Mendez
Special Assistant United States Attorney

3